IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELINDA GLAVIN, Individually and on behalf of all others similarly situated,**                      **Plaintiff,**<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A., and EARLY WARNING SERVICES, LLC, d/b/a ZELLEPAY.COM,**                      **Defendants.** | CIVIL ACTION<br><br><br>NO. 23-1708 |

**O R D E R**

**AND NOW**, this 9th day of April, 2024, upon consideration of Defendants JPMorgan Chase Bank, N.A. ("Chase") and Early Warning Services, LLC d/b/a Zellepay.com's ("Zelle") (collectively, "Defendants") Joint Motion to Compel Arbitration and Stay This Action and Memorandum, Affidavits, and Proposed Order in support thereof (together, the "Motion") (ECF Nos. 16–22.), Plaintiff Melinda Glavin's Opposition to the Motion (ECF No. 30.), and Defendants' Reply in further support of the Motion (ECF No. 31.), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and the proceedings are **STAYED** pending arbitration.

                                                        BY THE COURT:

                                                        /s/ Hon. Kelley B. Hodge
                                                        **HODGE, KELLEY B., J.**