## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA GLAVIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and EARLY WARNING SERVICES, LLC, doing business as "ZELLEPAY.COM,"<br><br>Defendants. | CIVIL ACTION<br><br>NO. 23-1708 |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Melinda Glavin, by and through her counsel, hereby dismisses this litigation in its entirety with prejudice. The parties shall bear their own costs and expenses, including any attorneys' fees.

Dated: November 12, 2024

Respectfully submitted,

SCHUBERT JONCKHEER & KOLBE LLP

By: /s/ Amber L. Schubert
    Amber L. Schubert

2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
aschubert@sjk.law

*Counsel for Plaintiff Melinda Glavin*